*FILED IN OPEN COURT. 12/22/05 KTK.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

      Plaintiff,

         v.                 Crim. Act. No. 05- _141m - MPT_

ANDRES ABARCA-SOLIS,

      Defendant.

## MOTION FOR DETENTION HEARING

    **NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

        ___ Crime of violence (18 U.S.C. § 3156)

        ___ Maximum sentence life imprisonment or death

        ___ 10+ year drug offense

        ___ Felony, with two prior convictions in above categories

        _X_ Serious risk defendant will flee

        ___ Serious risk obstruction of justice

    2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        _X_ Defendant's appearance as required

        ___ Safety of any other person and the community

FILED

DEC 2 2 2005

U.S. DISTRICT COURT
District of Delaware

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of _3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

__X___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___22nd___ day of ____December_____, 2005.

COLM F. CONNOLLY
United States Attorney

BY: _____

Leonard P. Stark
Assistant United States Attorney